

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00175-CV

**IN THE INTEREST OF C.O. ET AL., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01646
Honorable Richard Garcia, Judge Presiding

# O R D E R

The appellant's third motion for extension of time to file brief is hereby GRANTED. Time is extended to January 29, 2018.

It is so ORDERED on January 31, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court